EDDIE (BUSTER) PATTON v. STATE.

(In Banc. January 26, 1948.)

[33 So. (2d) 456. No. 36298.]

**L. J. Boardway,** of Meridian, for appellant.

**Greek L. Rice,** Attorney General, by **Geo. H. Ethridge,** Assistant Attorney General, for appellee.

**Per Curiam.**

In obedience to the mandate of the Supreme Court of the United States, 68 S. Ct. 184, the judgment here appealed from, 201 Miss. 410, 29 So. (2d) 96, will be reversed and the cause remanded for further proceedings not inconsistent with the opinion rendered herein by the Supreme Court of the United States.

Reversed and remanded.